**Dismissed and Memorandum Opinion filed May 14, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00336-CR

---

## PATRICK DEVON FOSTER, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

### On Appeal from the 262nd District Court
### Harris County, Texas
### Trial Court Cause No. 1334536

---

## M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal in this case, personally signed by appellant, has been filed with this Court. *See* Tex. R. App. P. 42.2. Because this Court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Busby.

Do Not Publish - Tex. R. App. P. 47.2(b)